LAW OFFICE OF ROBERT D. McCREANOR, P.L.L.C.
245 SAW MILL RIVER ROAD
SUITE 106
HAWTHORNE, NY 10532
(845) 202 1833
www.rdmclegal.com

October 8, 2023

Hon. Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



**Via ECF**

Re:   *Tian et al v. Liangtse KG Wellness One LLC et al.,* 1:24-cv-05519-JGLC

Dear Judge Clarke,

I, along with my co-counsel David Colodny, represent the Plaintiffs in the above referenced matter and, with the consent of counsel for all Defendants and on behalf of all parties, write to respectfully request that the initial pretrial conference scheduled for October 24, 2024 be adjourned to sometime after the settlement conference which is to be conducted by Magistrate Judge Tarnofsky on November 19, 2024. (ECF Dkt. 20). This is an FLSA/NYLL case which your Honor previously referred for mediation and in which your Honor has indicated that the parties may seek an extension of deadlines for purposes of conducting a settlement conference. (ECF Dkt. 10). No previous request for adjournment of this event has been previously requested.

Respectfully submitted,

/s/ Robert McCreanor

Attorney for Plaintiffs

Application GRANTED. The initial pretrial conference in this matter, previously scheduled for October 24, 2024 at 4:00 p.m., is RESCHEDULED for **December 19, 2024** at **12:00 p.m.** The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 10, shall be filed by **December 12, 2024**. The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 9, 2024
       New York, New York