UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JI YUN YANG, et al.,<br><br>                              Plaintiffs,<br><br>-against-<br><br>LIANGTSE KG WELLNESS ONE LLC, et al.,<br><br>                              Defendants. | 24-CV-5519 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      On July 18, 2025, Jia Law Group, P.C. ("JLG"), who has served as counsel for Defendants in this action, sought approval to withdraw as counsel of record due to the Defendants' failure to abide by their retainer agreement with JLG and pay required fees and expenses. ECF Nos. 38, 40. Having reviewed JLG's motion, memorandum, and accompanying materials, the Court is satisfied that JLG has adequately demonstrated, pursuant to Local Rule 1.4, that withdrawal is appropriate. Plaintiffs also do not oppose the withdrawal. The application is therefore GRANTED.

      As a result of JLG's withdrawal, the case management conference currently scheduled for August 14, 2025 is ADJOURNED *sine die.* The Court also hereby STAYS proceedings (and any associated deadlines) for thirty days to allow Defendants to retain new counsel. Any new counsel appearances shall be entered by **September 10, 2025**. The Court reminds Defendant Liangtse KG Wellness One LLC that they **<u>must</u>** retain new counsel within the allotted thirty days and may not proceed *pro se*, because a corporate entity like Liangste may appear in federal court only through counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 139–40 (2d Cir. 2007) (collecting cases). Should Liangste fail to retain new counsel and enter an appearance, default judgment may

be entered against it. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192, 194 (2d Cir. 2006).

The Clerk of Court is respectfully directed to update the docket to reflect JLG's withdrawal as counsel for Defendants. JLG shall serve a copy of this Order on each Defendant, and file a certificate of service with this Court promptly thereafter.

Dated:   August 8, 2025
          New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge