UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAO QING TIAN et al.,

                Plaintiffs,

-against-

LIANGTSE KG WELLNESS ONE LLC et al.,

                Defendants.

24-CV-05519 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 18, 2025, previous counsel of Defendant Liangtse KG Wellness One LLC ("Defendant Liangtse") petitioned the Court to withdraw for nonpayment of fees. ECF Nos. 38, 40–41. On August 8, 2025, the Court granted the request, ordered Defendant Liangtse to retain new counsel, and ordered new counsel to enter appearances by September 10, 2025. ECF No. 43. To date, no new counsel has appeared for Defendant Liangtse.

A corporate entity may appear in federal court only through counsel. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir.1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed pro se."). If counsel fails to appear on behalf of Defendant Liangtse, default judgment may be entered against it. *See, e.g., Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

Defendant Liangtse must retain counsel no later than **November 10, 2025**. Defendant Liangtse's counsel must file a notice of appearance on the docket no later than **November 15, 2025**. If no counsel for Defendant Liangtse appears by that deadline, Plaintiff shall file a motion for default judgment with respect to Defendant Liangtse in accordance with the Court's Individual Rules and Local Rule 55 no later than **December 1, 2025**. Failure to timely file a

motion for default judgment may result in dismissal of this action as to Defendant Liangtse for failure to prosecute.

Additionally, individual Defendants Xiaozhe Liu (a/k/a "DJ Liu") and Hui Jing Zhu (a/k/a "Kelly Zhu") are directed to inform the Court whether they intend to retain counsel by **November 10, 2025**, or whether they intend to defend this action *pro se* (without counsel). Failure to timely file this letter may result in a default judgment entered against them.

Plaintiff is directed to serve this Order on all Defendants by **October 16, 2025**, and file proof of service by **October 17, 2025**.

Dated:  October 14, 2025
        New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge