UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIAN, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>LIANGTSE KG WELLNESS ONE LLC, et al.,<br><br>                  Defendants. | 24-CV-5519 (JGLC)<br><br>***CHEEKS* CONFERENCE ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Counsel for all parties shall appear for a conference with the Court on **January 20, 2026, at 2:00 PM** to discuss the terms of their proposed settlement agreement. *See* ECF No. 51; *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 304758845#. The parties should be prepared to discuss all terms of the parties' agreement and the extent to which they are consistent with *Cheeks*. The Court intends to rule on the parties' motion at the conference. The Clerk of Court is respectfully directed to terminate ECF No. 51.

Dated:  December 22, 2025
        New York, New York

                                       SO ORDERED.

                                       *Jessica Clarke*

                                       JESSICA G. L. CLARKE
                                       United States District Judge