LAW OFFICE OF ROBERT D. McCREANOR, P.L.L.C.
245 SAW MILL RIVER ROAD
SUITE 106
HAWTHORNE, NY 10532
(845) 202 1833
www.rdmclegal.com

February 17, 2026

Hon. Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



**Via ECF**

Re:    *Tian et al v. Liangtse KG Wellness One LLC et al.,* 1:24-cv-05519-JGLC

Dear Judge Clarke,

I represent the Plaintiffs in the above referenced matter and write to respectfully request that the time in which Plaintiffs are required to submit their motion for default judgment against Defendants Liangtse KG Wellness One LLC and Xiaozhe Liu be extended by 14 days.  A reason for this request is that Plaintiffs' counsel requires additional time to provide translation and review the necessary documentation with Plaintiffs.  Additionally, Defendant Hui Jing Zhu, with whom Plaintiffs previously executed a Court-approved settlement agreement (ECF Dkt. 51-1), has failed to make her required payment.  Pursuant to the terms of settlement, Plaintiffs are entitled to proceed in this action against Defendant Hui Jing Zhu.  Prior to the settlement agreement, the Court had directed Defendant Hui Jing Zhu to "inform the Court whether they intend to retain counsel by November 10, 2025, or whether they intend to defend this action pro se (without counsel)."  (ECF Dkt. 45).  Defendant Hui Jing Zhu never complied with this Order.  Therefore, Plaintiffs are uncertain as to whether a motion for default judgment should also be directed against Defendant Hui Jing Zhu.  The above requested extension will provide time to clarify this issue and avoid duplicative motions.

One previous request for an extension of this deadline was submitted (ECF Dkt. 47) when Defendant Hui Jing Zhu entered into settlement discussion with Plaintiffs after having failed to comply with the Court's directive referenced above.

Application GRANTED. The Court HEREBY
EXTENDS the deadline for Plaintiffs to file their
motion for default against the remaining defendants to
March 5, 2026. The Clerk of Court is directed to
terminate ECF No. 56.

Respectfully submitted,

/s/ Robert McCreanor

Attorney for Plaintiffs

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: February 17, 2026
         White Plains, New York