UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIAN, et al.,

                        Plaintiffs,

            -against-

LIANGTSE KG WELLNESS ONE LLC, et al.,

                        Defendants.

24-CV-5519 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

On March 5, 2026, Plaintiffs filed their Motion for Default Judgment against Defendants Liangtse KG Wellness One LLC and Xiaozhe Liu. ECF No. 59. On March 8, the Clerk of Court terminated the motion because Plaintiffs had not first obtained a certificate of default. The Federal Rules require the Clerk to enter the default of a party before a party may file a motion for default judgment. Fed. R. Civ. P. 55(a); *Fashiontv.com GMBH v. Hew*, No. 06-CV-3200 (GBD), 2007 WL 2363694, at *2 (S.D.N.Y. Aug. 17, 2007). Accordingly, Plaintiffs are directed to seek a certificate of default from the Clerk of Court and promptly re-file its motion after.

Dated:  March 16, 2026
          White Plains, New York

                                  SO ORDERED.

                                  *Jessica Clarke*

                                  JESSICA G. L. CLARKE
                                  United States District Judge