UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIAN, et al., | |
| Plaintiffs, | 24-CV-5519 (JGLC) |
| -against- | **ORDER** |
| LIANGTSE KG WELLNESS ONE LLC, et al., | |
| Defendants. | |

JESSICA G. L. CLARKE, United States District Judge:

The Cheeks Order at ECF No. 84 is hereby discharged and no longer in effect. Pursuant to the parties' stipulation of voluntary dismissal at ECF No. 83 and this Court's January 20, 2026 approval of their settlement agreement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), Defendant Hui Jing Zhu a/k/a Kelly Zhu is dismissed from this action. The Clerk of Court is directed to terminate Defendant Zhu from the docket.

Dated: May 29, 2026
    White Plains, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge