UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANG GUO JIANG and JI YUN YANG,

Plaintiffs,

-against-

LIANGTSE KG WELLNESS ONE LLC, et al.,

Defendants.

24-CV-5519 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On March 25, 2026, Plaintiffs filed a motion for a default judgment against Defendants Liangtse KG Wellness One LLC ("Liangtse") and Xiaozhe Liu ("Liu"), a/k/a DJ Liu, under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 72.

On May 4, 2026, the Court issued an Order to Show Cause ordering Defendants Liangtse and Liu to respond in writing no later than May 29, 2026, as to why an order should not be issued granting a default judgment against them. ECF No. 81. The Court warned that if Defendants Liangtse and Liu failed to respond by that date, judgment may be entered against them. *Id*. Defendants failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants Liangtse and Liu. Further, it is hereby ORDERED that all parties appear for a conference with the Court on **September 10, 2026, at 2:30 PM**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 671559304#. The parties should be prepared to discuss the judgment to be entered following the default judgment.

Plaintiffs are directed to serve this Order on Defendants Liangtse and Liu by July 17, 2026.

SO ORDERED.

Dated: July 8, 2026
White Plains, New York

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge