UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUANG GUO JIANG and JI YUN YANG,
Plaintiffs,

-against-

LIANGTSE KG WELLNESS ONE LLC, et al.,
Defendants.

24-CV-5519 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Due to a scheduling conflict, the default judgment conference scheduled for September 10, 2026, is HEREBY ADJOURNED to **October 15, 2026, at 11:00 AM**. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 671559304#.

Plaintiffs are directed to serve this Order on Defendants Liangtse and Liu by September 18, 2026, and promptly file proof of service on docket.

Dated: September 3, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge