UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

GUANG GUO JIANG, and JI YUN YANG,

Case No: 1:24-cv-5519

Plaintiffs,

-against-

LIANGTSE KG WELLNESS ONE LLC, XIAOZHE LIU A/K/A DJ LIU, and HUI JING ZHU A/K/A KELLY ZHU

Defendants.
---------------------------------------------------------------X

**~~[PROPOSED]~~ DEFAULT JUDGMENT**

This action having been commenced on July 22, 2024 by the filing of the Complaint, and Defendants LIANGTSE KG WELLNESS ONE LLC and XIAOZHE LIU A/K/A DJ LIU ("Defaulting Defendants") having appeared in this action through counsel, and said counsel having been granted leave to withdraw from representation of Defaulting Defendants on August 8, 2025, and Defendant LIANGTSE KG WELLNESS ONE LLC having been ordered by the Court to retain new counsel by no later than November 10, 2025 and for such counsel to file a notice of appearance no later than November 15, 2025, and Defendant XIAOZHE LIU A/K/A DJ LIU having been ordered to communicate with the Court by November 10, 2025, and the Court having warned Defaulting Defendants that their failure to comply with these directions could result in entry of default judgment again them, and said Order and warning having been served on Defaulting Defendants by mail on October 15, 2025, and Defaulting Defendants having failed to comply with the Court's Order, and the time for compliance having expired, and the Clerk having entered a Certificate of Default for the Defaulting Defendants on March 23, 2026

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered, jointly and severally, against defendants LIANGTSE KG WELLNESS ONE LLC and

XIAOZHE LIU A/K/A DJ LIU jointly and severally, in the following amounts: $**134,753.50** for GUANG GUO JIANG, $**11,502.11** for JI YUN YANG, and $**29,353.46** in costs and attorneys' fees; and (3) post-judgment interest accruing at the statutory rate provided for in 28 U.S.C. § 1961, running from the date of entry of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, pursuant to NYLL §§ 198(4) and 663(4), "if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent." Accordingly, the Clerk of Court is respectfully requested to close the case.

Dated:
New York, NY
October 22, 2026

The Court's reasons for granting this motion were set forth on the record on October 15, 2026.

The Clerk of Court is respectfully directed to terminate ECF No. 72 and close this case.

SO ORDERED.

Jessica Clarke

JESSICA G.L. CLARKE
United States District Judge